WEINBERG, ROGER & ROSENFELD

ASHLEY K. IKEDA   2955-0
JERRY P.S. CHANG 6671-0
Central Pacific Plaza
220 South King Street, Suite 901
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:   (808) 528-8881
e-mail:  aikeda@unioncounsel.net
           jchang@unioncounsel.net

Attorney for Plaintiffs TRUSTEES OF THE
HAWAII LABORERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS (**Pension Fund** by its Trustees, Cedric Ota, Greg Uyematsu, Leonard Leong, Alan Shintani, Fred Lau, Karl Kamada, Mark Matsumoto, Peter Ganaban, Joby North II, Alfonso Oliver, Pete Lindsey, and Narsi Ganaban; **Health & Welfare Fund** by its Trustees, Russell Nonaka, Anacleto Alcantra, Ron Prescott, Mark Tagami, Mark Tamashiro, Alfonso Oliver, Mark Matsumoto, Peter Ganaban, Joby North II, and Richard Nishie; **Annuity Fund** by its Trustees, Ryan Wada, Clay Asato, Anacleto Alcantra, Craig Nakanishi, Claude Matsumoto, Mark Matsumoto, Alfonso Oliver, Peter Ganaban, Joby North II, | CIVIL NO. 18-00181-ACK-KSC<br><br>**NOTICE OF DISMISSAL, WITHOUT PREJUDICE OF PLAINTIFFS' TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS COMPLAINT AGAINST DEFENDANT IROD, LLC, a Hawaii Limited Liability Company** |

and Richard Nishie; **Laborers' and Employers' Cooperation and Education Trust Fund (LECET)** by its Trustees, Kenneth Kobatake, Leonard Dempsey, Mark Tamashiro, Deron Matsuoka, Peter Ganaban, Mark Matsumoto, Joseph Yaw, and Alfonso Oliver; **Apprenticeship and Training Fund** by its Trustees, Stephen Yoshida, Van Goto, Scott I. Higa, Leonard Leong, Anthony Tomas, Peter Ganaban, Mark Matsumoto, Alfonso Oliver, Richard Nishie, and Alvis McCann; **Vacation & Holiday Fund by its Trustees**, Burt Watanabe, Kyle Nakamura, Anacleto Alcantra, Claude Matsumoto, Alfonso Oliver, Joby North II, Mark Matsumoto, and Peter Ganaban),

        Plaintiffs,

  vs.

IROD, LLC, a Hawaii Limited Liability Company,

        Defendant.

## NOTICE OF DISMISSAL, WITHOUT PREJUDICE OF PLAINTIFFS' TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS, COMPLAINT AGAINST DEFENDANT IROD, LLC, a Hawaii Limited Liability Company

Plaintiffs TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS ("Plaintiffs"), by and through their counsel undersigned and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismiss Plaintiffs' Complaint, against Defendant IROD, LLC, a Hawaii Limited Liability Company, filed herein on May 17, 2018 [Doc. No. 1], without prejudice.

No answer or motion for summary judgment has been filed and trial has not been set.

DATED: Honolulu, Hawaii, __July 26__, 2018.

WEINBERG, ROGER & ROSENFELD

ASHLEY K. IKEDA
JERRY P.S. CHANG
Attorneys for Plaintiffs
TRUSTEES OF THE HAWAII
LABORERS' TRUST FUNDS

130245\979120            3